IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WILLIE F. PACE, JR.,           )
                               )
        Plaintiff,             )
                               )    CIVIL ACTION NO.
        v.                     )     2:21cv783-MHT
                               )        (WO)
COUNTRY MUTUAL INSURANCE       )
COMPANY,                       )
                               )
        Defendant.             )
```

### REMAND ORDER

Based on the stipulation of the parties that the damages in this lawsuit will not exceed $ 75,000.00 and that the case is due to be remanded to the Circuit Court of Montgomery County, Alabama, *see* Joint Stipulation (Doc. 16), it is ORDERED that:

(1) Plaintiff's motion to remand (Doc. 8) is granted.

(2) Pursuant to 28 U.S.C. § 1447(c), this cause is remanded to the Circuit Court of Montgomery County, Alabama.

(3)   The pending motion to dismiss (Doc. 4) is left for resolution by the State court.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 22nd day of December, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE